UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EARL SCHMIT                                         CIVIL ACTION

VERSUS                                              NO. 07-5052

STATE FARM FIRE & CASUALTY CO.                      SECTION "A"(2)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of either party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Enforce Settlement and for Attorney's Fees and Costs (Rec. Doc. 13)** filed by State Farm is **DENIED**;

**IT IS FURTHER ORDERED** that the **Motion to Reopen Case (Rec. Doc. 17)** filed by Plaintiff is **GRANTED**.

May 13, 2008

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE